**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jon Riley, et al.,<br><br>            Plaintiffs<br>vs.<br><br>Bullhead City, et al.,<br><br>            Defendants. | No. CV-07-0692-PCT-PGR<br><br>ORDER |

Defendant Bullhead City having filed its answer (doc. #17) prior to default having been entered against it,

IT IS ORDERED that the plaintiffs' Request to Enter Default (doc. #14) as to defendant Bullhead City is denied.

IT IS FURTHER ORDERED that the parties' shall file their Joint Case Management Report in conformance with the Order Setting Scheduling Conference (doc. #5) no later than January 14, 2008.

IT IS FURTHER ORDERED that the Scheduling Conference is set for **Monday, January 28, 2008, at 1:30 p.m.** in Courtroom 601.

DATED this 21st day of November, 2007.

Paul G. Rosenblatt
United States District Judge