**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jon Riley, Ashton Riley, and Grant Riley ) | No. 07-CV-0692-PCT-PGR |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | **ORDER** |
| Bullhead City, Bradley Holdway, Ryan ) | |
| Abel, John Does I-X, and Black and White ) | |
| Corps., I-X, ) | |
| ) | |
| Defendants. ) | |

Currently before the Court is Defendants' Unopposed Motion[1] Continue (Doc. 27) the pre-trial conference, the due date for the joint pre-trial statement, and the trial.[2] Plaintiff Jon Riley is a co-defendant in the related criminal Bullhead Municipal Court Case #2007-CR-0485-9.

In that matter Riley, Duane Reed, and Thomas Chavez are charged with offenses that arose out of the same confrontation that is the basis for Plaintiffs' claims herein. All three Defendants were set for trial on March 10, 2009 but Jon Riley's counsel filed a Motion to Continue and Sever because his wife is pregnant and had a due date of March 10, 2009. This motion was granted by the trial court. No new trial date has been set for Riley. The parties

---

[1] The parties' Stipulation will be considered an unopposed motion by this Court, as they are requesting action by the Court.

[2] The Pre-Trial Conference is currently scheduled for April 13, 2009 at 3:00 p.m., the Joint Pre-Trial Statement due date was March 16, 2009, and the trial is set for May 5, 2009 at 9:00 a.m.

1 herein agree that the outcome of the Riley criminal trial could affect the issues in the above
2 captioned case. These effects could include a loss of certain causes of action by the Plaintiffs
3 herein, narrowing of the contested issues at trial and/or stipulations regarding sworn
4 testimony in lieu of live witnesses. The parties believe that the ability to streamline the trial
5 in this matter would assist both the court and the parties. Good cause appearing,

6     IT IS ORDERED GRANTING the Motion to Continue (Doc. 27). The Joint Pre-Trial
7 Statement is now due **Monday, June 1, 2009.** The Pre-Trial Conference is now set for
8 **Tuesday, June 23, 2009, at 9:30 a.m.**, and the trial is set to commence on **Tuesday,**
9 **August 4, 2009, at 9:00 a.m.**, in the United States Post Office and Courthouse, Second
10 Floor, 101 W. Goodwin, Prescott, Arizona.

11     DATED this 18th day of March, 2009.

Paul G. Rosenblatt
United States District Judge

- 2 -