**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jon Riley, et al., | ) | No. 07-CV-0692-PCT-PGR |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| Bullhead City, Bradley Holdway, Ryan Abel, John Does I-X, and Black and White Corps., I-X, | ) ) ) | |
| Defendants. | ) | |

The Court has received the "Notice of Court Date in Criminal Trial" filed by Plaintiffs. The Court previously granted Defendants' Unopposed Motion to Stay (Doc. 29) the pre-trial conference, the due date for the joint pre-trial statement, and the trial.[1] The criminal trial date has been scheduled in <u>State v. Jon Riley</u>, 2007CR0487MI for Tuesday, September 8, 2009 in Bullhead City Court.

Accordingly,

IT IS HEREBY ORDERED **VACATING** the trial date of **August 4, 2009** in the civil matter currently pending before this Court.

IT IS FURTHER ORDERED that Plaintiffs' counsel shall notify this Court in writing within twenty-four (24) hours of receiving a notice of change in trial date for Mr. Riley's criminal trial.

---

[1] The pre-trial conference was currently scheduled for June 23, 2009 at 9:30 a.m., the joint pre-trial statement due date was June 1, 2009, and the trial is set for August 4, 2009 at 9:00 a.m.

IT IS FURTHER ORDERED that Plaintiffs' counsel shall notify the Court in writing within forty-eight (48) hours of the resolution of the criminal case.

IT IS FURTHER ORDERED that the parties shall file a joint status report within twenty-one (21) days of the resolution of the criminal case.

DATED this 15th day of July, 2009.

Paul G. Rosenblatt
United States District Judge